UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

ROBYN FENTY and TOURIHANNA LLC,          :

                              Plaintiffs,          :          Case No. 12-cv-5207 (PKC)
                                                  :
        -against-                                  :
                                                  :          **STIPULATION OF**
BERDON, LLP, MICHAEL MITNICK, and          :          **DISMISSAL**
PETER GOUNIS,                              :
                                                  :
                              Defendants.          X

---------------------------------------------------------

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-22-14

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, counsel for Plaintiffs and Defendants in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above-entitled action and all claims, counterclaims, and/or cross claims that were or could have been made herein are hereby dismissed with prejudice, in all forums, without costs to any party as against any other, and with each party bearing his/her/its own legal costs and expenses.

**IT IS HEREBY FURTHER AGREED,** that this stipulation may be filed, without further notice, with the Clerk of the Court and may be executed by facsimile and in counterparts.

Dated: New York, New York
        ~~March~~ April 11 , 2014

REED SMITH LLP

By: _____
        Edward J. Estrada, Esq.
        Casey D. Laffey, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiffs*


KASOWITZ, BENSON, TORRES &
FRIEDMAN

By: _____
        Michael J. Bowe, Esq.
1633 Broadway
New York, NY 10803
(212) 506-1777

*Attorneys for Defendants, Berdon LLP and
        Michael Mitnick*


GIORDANO, HALLERAN & CIESLA


By: _____
        James M. Andrews, Esq.
        Christopher Marino, Esq.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
(732) 741-3900

*Attorneys for Defendant, Peter Gounis*

REED SMITH LLP

By: _____
     Edward J. Estrada, Esq.
     Casey D. Laffey, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiffs*


KASOWITZ, BENSON, TORRES &
FRIEDMAN

By: _____
     Michael C. Bowe, Esq.
1633 Broadway
New York, NY 10803
(212) 506-1777

*Attorneys for Defendants, Berdon LLP and
Michael Mitnick*


GIORDANO, HALLERAN & CIESLA


By: _____
     James M. Andrews, Esq.
     Christopher Marino, Esq.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
(732) 741-3900

*Attorneys for Defendant, Peter Gounis*

REED SMITH LLP

By: _____
    Edward J. Estrada, Esq.
    Casey D. Laffey, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiffs*

KASOWITZ, BENSON, TORRES &
FRIEDMAN

By: _____
    Michael J. Bowe, Esq.
1633 Broadway
New York, NY 10803
(212) 506-1777

*Attorneys for Defendants, Berdon LLP and*
*Michael Mitnick*

GIORDANO, HALLERAN & CIESLA

By: _____
    James M. Andrews, Esq.
    Christopher Marino, Esq.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
(732) 741-3900

*Attorneys for Defendant, Peter Gounis*

# SO ORDERED:

_____
    **U.S.D.J.**

4-22-14