# ReedSmith

**Casey D. Laffey**
Direct Phone: +1 212 549 0389
Email: claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-14

May 12, 2014

**By Fax (212-805-7949)**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Robyn Fenty and Tourihanna LLC v. Berdon LLP, Michael Mitnick,
and Peter Gounis, No. 12 Civ. 5207 (PKC)

Dear Judge Castel:

**MEMO ENDORSED**

*Application denied. SO ORDERED. [signature] USDJ 5-12-14*

As you know, we represent Plaintiffs in the above-captioned action and write jointly with counsel for Defendants to seek the Court's permission for the parties to retrieve certain confidential documents that were previously submitted to chambers for *in camera* review in connection with previously-filed motions that have since been dismissed as moot, following the resolution and dismissal of this case.

Specifically, prior to the resolution of this matter and in connection with briefing of Defendants' motions for summary judgment and to strike Plaintiffs' jury demand (the "Motions"), Your Honor issued orders dated November 26, 2013 and December 2, 2013, approving the parties' request to file a consolidated motion to seal after full submission of the Motions, and, pending the adjudication of the motion to seal, to submit all exhibits to the Motions to the Court for in camera review (the "Orders," copies of which are attached hereto as Exhibit A). Pursuant to the Orders, the Parties hand-delivered all exhibits relating to the Motions to Your Honor's chambers on November 27, 2013 and December 23, 2013 (the deadlines for submission of moving and opposition papers relating to the Motions). Now that the Motions were dismissed as moot and this matter fully resolved, the parties jointly request permission to retrieve the documents for return to the parties.

We thank the Court for its attention to this matter.

Respectfully,

*[signature]*

Casey D. Laffey

cc:   All defense counsel (by email)

# Exhibit A

NOV. 26. 2013 2:44PM Case 1:12-cv-05207-PKC Document 63 Filed 11/26/13 Page 1 of 2 P. 2



# WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**MEMO ENDORSED**

November 26, 2013

(212) 985-5885
Nicole.Liebman@wilsonelser.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/13

**BY FACSIMILE (212) 805-7949**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Robyn Fenty and Tourlhanna LLC v. Berdon LLP, Michael Mitnick, and Peter Gounis*
Civil No. : 12 CV 5207 (PKC)

The proposed course for addressing Lanport issues is acceptable. SO ORDERED. /s/ PKC 11-26-13

Dear Judge Castel:

Today is the deadline for defendants to file their motions for summary judgment and to strike plaintiffs' jury demand. Plaintiffs have asked us not to publicly file the papers until they have had a further opportunity to determine whether any of the exhibits accompanying our motions should, in their view, be filed under seal. Accordingly, in light of plaintiffs' request (and pending further order of the Court), we have advised plaintiffs that we will delay filing the briefs until close of business Tuesday. If plaintiffs inform us Tuesday that they intend to file a motion to seal any of the documents, we would anticipate filing all except those documents, pending further order of the Court.

Because plaintiffs' concerns about documents preclude defendants from filing the briefs electronically, defendants will serve their motions to plaintiffs today, and will deliver the motions to the Court for in camera review tomorrow.

We will, of course, comply with any direction of the Court, if it wishes that this be handled in a manner different from the outline above.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Nicole B. Liebman

cc: Casey D. Laffey, Esq.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

5855940v.1



-2-

Edward J. Estrada, Esq.
James M. Andrews, Esq.
Christopher J. Marino, Esq.
Peter J. Larkin, Esq.
David S. Elsen, Esq.

SR55940v.1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-13
```

## ReedSmith

Edward J. Estrada
Direct Phone: +1 212 549 0247
Email: eestrada@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 2, 2013    MEMO ENDORSED

By Fax (212) 805-7949

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Robyn Fenty and Tourihanna LLC v. Berdon LLP, Michael Mitnick, and Peter Gounis, No. 12 Civ. 5207 (PKC)

Dear Judge Castel:

As the Court knows, by Order dated November 12, 2013, the Court entered a revised briefing schedule for Defendants' motions for summary judgment and to strike Plaintiffs' jury demand (the "Motions"). Under that briefing schedule, the Defendants' moving papers were to be filed by November 26, 2013, Plaintiffs' opposition papers must be filed by December 20, 2013, and Defendants' reply papers must be filed by January 21, 2014. Further, by Order dated November 26, 2013, Your Honor granted Plaintiffs' request for Defendants to submit their moving papers to the Court *in camera*, pending the filing by Plaintiffs of a motion to seal certain exhibits contained therein that Plaintiffs had designated as confidential under the parties' Stipulated Protective Order (so ordered by the Court on October 5, 2012).

The parties have been conferring on the most convenient way to deal with the filing of potentially confidential materials that will be included in the moving, opposition, and reply papers for the Motions. Because Plaintiffs anticipate that their opposition papers will also contain certain exhibits that they believe should be sealed, and to avoid the necessity of filing three separate motions to seal (corresponding to portions of the moving, opposition, and reply papers), Plaintiffs respectfully request leave to file one consolidated motion to seal after the Motions are fully briefed. (Because the Motions will be fully briefed by January 21, 2014, Plaintiffs respectfully request until Monday January 27, 2014 to file the consolidated motion to seal. In the meantime, the parties intend to publicly file everything related to their respective papers except the exhibits, with the exhibits being submitted to the Court *in camera*, pending adjudication of the motion to seal.

We have conferred with counsel for the Defendants and they consent to the proposed procedure.

[Handwritten memo endorsement: Application granted. Parties must demonstrate satisfaction of the Lugosch standard. SO ORDERED. /s/ 12-3-13]

To: P. Kevin Castel     Case 1:12-cv-05207-PKC Document 64 Filed 12/03/13 Page 2 of 2     From: Lina Zhou

Hon. P. Kevin Castel
December 2, 2013
Page 2

**ReedSmith**

We thank the Court for its attention to this matter.

Respectfully,

*Edward Estrada /LZ*

Edward J. Estrada

cc: All defense counsel (by email)